# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **PROTECTIVE ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dustin Vaughn Strenke and Marian Emily Jaskinski, | ) | Case No. 4:13-cr-040 |
| | ) | |
| Defendants. | ) | |

On April 24, 2013, plaintiff and Defendant Marian Emily Jasinski filed a stipulation regarding discovery the dissemination and handling of discovery materials. In so doing, they requested that the court enter a protective order consistent with their stipulation. Accordingly, the court **ADOPTS** the parties' stipulation (Docket No. 33) and **ORDERS** that they comply with its terms. This **ORDER** imposed a continuing duty to disclose on all parties.

Dated this 9th day of May, 2013.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, jr.
                                              United States Magistrate Judge